L'nu'k Tsalagi Yavapai Republic Tribal Nation
THE PRINCIPAL PEOPLE OF THE SUN

*The Great Law of Peace; Organic Constitution for the united States of America; Treaty Series 244-1 and 2; The Treaty of Greenville, 1795; 1856; 8 U.S.C. chapter 12, subchapter I, section 1101(a)(14); 28 U.S.C. part IV, ch. 85, secs. 1603(a) and 1604(a)(b); 28 U.S.C. § 1455*

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **COMPLAINANT/AFFIANT, DEMANDANT/RELATOR:**<br>STEVENSON, KATLYN<br>by and through her Royal Consul, Absolute Supreme Ministerial Ambassador Chieftess Phoenix Flowing Rivers, of the L'nu'k Tsalagi Yavapai Republic Tribal Nation<br><br>v.<br><br>**RESPONDENT(S):**<br>STATE OF TEXAS / HARRIS COUNTY<br>(497th District Court, Harris County, Texas, 1201 Franklin, Houston, Texas 77002) | **Case Number(s) (State Court):**<br>198351801010-3<br><br>**Federal Case No.:**<br>26 CV 8902<br><br>United States Courts<br>Southern District of Texas<br>FILED<br>OCT 09 2026<br>Nathan Ochsner, Clerk of Court |

**AMICUS CURIAE BRIEF AND NOTICE OF CONSUL; NOTICE/PETITION OF REMOVAL OF CRIMINAL ACTION UNDER 28 U.S.C. § 1455 AND SUPREMACY CLAUSE JURISDICTION; 'QUO WARRANTO' CHALLENGE OF JURISDICTION TO PROCEED; DEMAND OF OATHS AND NATIONALITIES/CITIZENSHIPS OF ALL SOLICITING PARTIES ON THE RECORD FOR THE RECORD WITHIN 21 DAYS; EMERGENCY AFFIDAVIT OF FACT AND TRUTH WITH NOTICE/ORDER TO SETTLE AND DISCHARGE ALL OBLIGATION**

**CONSUL NOTICE AND DEMAND — NOT A MOTION**

Addressed to: UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS; U.S. ATTORNEY FOR 'PLAINTIFF'

# 'QUO WARRANTO' JURISDICTIONAL CHALLENGE WITH AFFIDAVIT

Absolute Supreme Ministerial Ambassador Chieftess Phoenix Flowing Rivers, by way of Consul limited special appearance to this matter in this court of record with clean hands, without prejudice and with all rights reserved including UCC 1-308 in dealing with this court, in propria persona, solo proprio, sui juris, jus sanguinis, jus soli (NOT PRO SE), have not seen any evidence that proves they have a criminal or civil prosecutable or punitive liability for the all capital lettered name STEVENSON, KATLYN ab initio, challenge the Persona standi in judicio and Subject Matter Jurisdiction. Stare decisis Supreme Court Case of 1795, Penhallow v. Doane's Administrators (3 U.S. 54; 1 L. Ed. 57; 3 Dall. 54) defines governments: "governments are corporations". In as much every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. A corporation can have no jurisdiction over the natural person.

Now Comes Royal Consul of the diplomatically recognized and received L'nu'k Tslagai Yavapai Republic Tribal Nation and organic Ab Origine American state, and the protected autochthonous/organic and Holy Citi-state L'nu'k Tslagai Yavapai Spiritual Private Society – Sacred Springs Ministry (see attached U.S. Department of State Filings); which hereby claims the live, flesh, blood, and braun living sole/soul in full life bearthed as appellation Absolute Supreme Ministerial Ambassador Chieftess Phoenix Flowing Rivers as our private property resident in our religious state and outside the U.S. corporation and its prosecutable jurisdiction pursuant to The Great Law of Peace, The organic Constitution, Articles 1-25 Treaty Series 244-1/2, The Treaty of Greenville, 1795 and The Preamble of the United States Constitution, et al. Absolute Supreme Ministerial Ambassador Chieftess Phoenix Flowing Rivers is an authorized representative of the artificial person/ens legis STEVENSON, KATLYN but is non-liable for this person's 'damages'. I am here in special appearance on my client's behalf as Consul and only to assist in this challenge of jurisdiction and to have this matter dismissed. I believe the municipal or STATE "court" in this matter lacks a jurisdiction. I want to see the supposed personal and subject matter jurisdiction duly placed into evidence and all questions in this affidavit answered on the record and for the record by THE 147th District Court Harris County in order to proceed. Pursuant to Law of Due Process on all levels; every question and statement must be rebutted on the record for the record in the time frame of 21 days or all actions against My Clients must be ordered dismissed with prejudice by

the respondents/defendants default. My clients decline the solicitation of this commercial activity from respondents.

## NOTICE/PETITION OF REMOVAL OF CRIMINAL ACTION PURSUANT TO 28 U.S.C. § 1455

AFFIDAVIT OF THE NATIONAL DEFENDER/ACTING CONSUL FOR L'NU'K TSLAGAI YAVAPAI REPUBLIC: HEREINAFTER THE TRIBAL REPRESENTATIVE FOR THE TRIBAL NON-RESIDENT ALIEN NAMED AS THE DEFENDANT, IN EXTRATERRITORIAL JURISDICTION PURSUANT TO THE TREATY OF PEACE AND FIRENDSHIP, TREATY OF GREENVILLE, AND THE MANY OTHER TREATIES BETWEEN THE INDIGINEOUS NATIONS AND THE UNITED STATES, IN SUPPORT OF THIS NOTICE/PETITION TO REMOVE THE PENDING CRIMINAL ACTION FILED IN THE STATE COURT OF TEXAS IN HARRIS COUNTY FOR LACK OF JURISDICTION.

By the National Defender/Acting Deputy Consul:

NOW, Come the Indigenous L'nu'kian National by and through the Nation Defender/Deputy Consul, appearing specially via this "BRIEF IN SUPPORT OF NOTICE/PETITION OF REMOVAL FOR LACK OF JURISDICTION," stating as follows:

**JURISDICTION**

28 U.S. Code § 1455 — Procedure for removal of criminal prosecutions.

**EXTRATERRITORIAL JURISDICTIONAL MATTER**

This Court has jurisdiction over the State court criminal action pursuant to the United States of America having entered into and ratified by signing a Treaty with the Indigenous Nations (First Peoples Nations) States of the Iroquois, Mvskoke, & many other confederacies in our Republic, for the removal of the State court criminal case file and the foreign action to the Federal Court for extraterritorial jurisdiction pursuant to the United States of America Bill of Rights in Article VI, Sections 1, 2, 3 of the SUPREMACY CLAUSE.

Extraterritorial jurisdiction under U.S. law, particularly in relation to treaties, allows a country to exercise legal authority beyond its borders in specific circumstances. The key concepts are set out as follows:

- Extraterritorial Jurisdiction: the ability of a state to apply its laws to persons or activities outside its territorial boundaries.

- Treaty Basis: the U.S. Constitution (Article VI) establishes treaties as the supreme law of the land. Treaties can grant extraterritorial jurisdiction if they explicitly provide for it.
- Relevant CFR Provisions: the Code of Federal Regulations (CFR) contains various provisions that may address extraterritorial jurisdiction, particularly in areas like trade, environmental law, and human rights. Specific sections may vary based on the treaty in question.
- Examples of Treaties: the United Nations Convention Against Corruption allows for extraterritorial jurisdiction in cases of corruption; the Hague Convention on the Civil Aspects of International Child Abduction provides mechanisms for jurisdiction in child abduction cases.
- Limitations: extraterritorial jurisdiction is often limited by principles of international law, including respect for sovereignty and non-interference in the domestic affairs of other states.
- Judicial Interpretation: U.S. courts interpret the scope of extraterritorial jurisdiction based on statutory language, treaty obligations, and international law principles.

For specific CFR sections related to a particular treaty, consult the relevant parts of the CFR or legal databases for detailed provisions.

1. This Court has jurisdiction over this criminal action for the removal of the Criminal Action to this Court or the proper Court, pursuant to the Treaty of Peace & Friendship and the Treaty of Greenville, as well as many other treaties, by the authority in the De Jure United States of America in the Bill of Rights in Article VI, Sections 1, 2, 3 of the SUPREMACY CLAUSE.

2. The Indigenous L'nu'kian National hereby submits this Notice/Petition of Removal of the State court criminal action to the United States Southern District Court of Texas, pursuant to 28 U.S.C. § 1455, and IN SUPPORT OF THIS REMOVAL, the Indigenous L'nu'kian National, of the Indigenous Tribe known as the L'nu'k Tsalagi Yavapai Republic, states the following:

**AFFIDAVIT**

*"Indeed, no more than (affidavits) is necessary to make the prima facie case." United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S.L.W. 2169; S. Ct. March 22, 1982.*

14. Does this court discriminate against the organic L'nu'k Tslagai Yavapai Republic Tribal Nation state and the Religious Society of Authority that Absolute Supreme Ministerial Ambassador Chieftess Phoenix Flowing Rivers resides in?

15. Can you prove that the KATLYN STEVENSON named in ALL CAPS in this indictment is a live flesh and blood being and not a corporate artificial person created by the coerced birth certificate issued Katlyn's Mother at his bearth by hospital personnel without disclosure of the nature of this document?

16. Where is the contract wherein my client knowingly and willingly, with full disclosure, consented or otherwise agreed to be within your jurisdiction and waive his unalienable and inalienable sovereign rights granted by The Great Spirit/The Most High, the God of his/her Ancestors at conception?

17. Who exactly are you people and why do you deem yourselves to have higher lawful standing than a live flesh and blood natural Organic Autochthonous Indigenous woman?

18. Do you have an Oath on the Constitution for the republic of the united states of America that We the people did ordain to limit the powers of the corporate UNITED STATES GOVERNMENT, and where can the public view it, and your public insurance bond?

19. Can you produce that which is demanded in question 18 of this filing on the record for the record within 21 days?

20. Is my client under arrest in this matter or free and presumed innocent?

21. Where is any arrest warrant in this matter, and where is a live flesh and blood injured party complaint supporting any warrant issued on KATLYN STEVENSON in this matter?

## STATEMENTS FROM AFFIANT

1. KATLYN STEVENON are not live flesh and blood living beings. Princess Dancing Airwalker is a live flesh and blood living being and the corporation can not have jurisdiction over the living sentient being. Princess Dancing Airwalker does not "understand" the nature and cause of the accusation with regard to the elements of personal jurisdiction, venue, underwriting and the nature of the action until the prosecution properly alleges them. She is therefore unable to plea to the charges until we have had an opportunity to raise a meaningful defense against the elements. We cannot rebut an unstated presumption.

For this Indigenous-Defendants/Relators: KATLYN STEVENSON, a living breathing woman, being first duly affirmed, attest-sworn, deposing and saying she is of lawful age and competent to testify, declares by my signature that the following facts are true to the best of my knowledge and belief:

**PRELIMINARY STATEMENT**

Presently before the Court is the Notice of Removal of the State Court Criminal Case and Complaint under Docket Number(s): 1198351801010-3 to this Court — the Federal Court — for the Removal of the State Court Criminal Action pursuant to an Extraterritorial Claim founded on a Treaty claim, The First Nations peoples being recognized in the body language of the Treaty, and the Relator being a National Member of the First People's Nation, state in the Americas known as L'nu'k Tsalagi Yavapai Republic. For the following reason the Divine Ministers have appointed the National Defender/Royal Consul for the granting of this Notice/Petition filed in this Court.

**FACTUAL AND PROCEDURAL HISTORY**

1. For the record, on or about September 28, 2026, Houston police officers, Officer M. Culpepper, Hung Nguyen, and Khan Nguyen, by and through the prosecutor, Amanda Benarides, under docket No. 198351801010-3 commenced the instant criminal action against KATLYN STEVENSON, whereas the foreign nationals is the real party of interest in the State court case.

2. The police officers, by and through the prosecutor, brought an action against the Moroccan nationals by filing a Complaint under docket no. 19835181010-3 for criminal jurisdiction under the alleged action brought before the De Facto Corporate State Court named, the 497th District Court of Harris County, Texas, 1201 Franklin, Houston, Texas 77002. (See attached docket entry sheet as exhibit A.

3. For the Dey of L'NU'K TSLAGAI YAVAPAI REPUBLIC appointing the National Defender/Royal Consul over this extraterritorial dispute: Article VI, Sections 1, 2, 3, of the De Jure United States of America Constitution, for the securing of rights under the Treaties.

## FACTS OF THE MATTER IN FOCUS

1. STEVENSON, KATLYN was charged by a "prosecutor" claiming to represent THE STATE OF TEXAS in direct result of contact on or about September 23, 2026, and compelled to appear for prosecution for an alleged crime or civil or other matter to be

presided over by a judge THE STATE OF TEXAS at 1201 Franklin, Houston, Texas 77002 on TBD, date not issues at the time of statement, by the 497th District Court of Harris County under the false presumption that Divine Minister Princess Dancing Airwalker is the artificial person KATLYN STEVENSON and liable for this ens legis alleged damages to the STATE OF TEXAS .

2. Absolute Supreme Ministerial Ambassador Chieftess Phoenix Flowing Rivers and her tribal member a minor, Divine Minster Princess Dancing Airwalker are American Indians and all American Indians in the world are protected as ipso jure subjects of the Great Law of Peace, The Organic Constitution, The Bill of Rights, and Treaty Series 244-1/2, the longest Treaty between the U.S. and a recognized Nation and in fact the Treaty that first diplomatically recognized the U.S. as a recognized State in the Christian Empire and in fact the Treaty permitting the U.S. to do commerce and business on Turtle Island/American soil and the Treaty of Greenville, 1795.

3. KATLYN STEVENSON is listed as an African American or American Indian in the CLEMS, LEINS, et al systems of record within the U.S. and STATES; and African Americans are not and can not be U.S. citizens per the 13th Amendment and Dred Scott, et al.

4. The 14th Amendment was not constitutionally ratified.

5. Citizenship can not be forced on any live being whereas that would constitute human trafficking and slavery against international abolishment and non-consent.

6. Absolute Supreme Ministerial Ambassador Chieftess Phoenix Flowing Rivers, Princess Dancing Airwalker are Autochthonous Indigenous to America and protected by the UNDRIP, which the U.S. is a signor onto, and this document is binding in International Court.

7. TBD, pursuant to the unlawful compel to appear at 497TH District Court Harris County to be prosecuted, Absolute Supreme Ministerial Ambassador Chieftess Phoenix Flowing Rivers filed challenge of jurisdiction in Superior to STATE court whereas STATES can not rule on International Law, Treaties, Federal Questions, nor Diversities in Citizenship.

8. 497th District Court Harris County does not possess jurisdiction to prosecute or enforce any orders against Absolute Supreme Ministerial Ambassador Chieftess Phoenix Flowing Rivers in this matter pursuant to Natural, Ecclesiastical, International, Treaty, and Constitutional Law of the Land.

## QUESTIONS DEMANDING RESPONSE FROM RESPONDENTS/DEFENDANTS

1. Can this court move on facts not in evidence?
2. Is this an Article III Constitutional Court?
3. Is this a court of equity?
4. Who is the living competent fact witness?
5. Who is the living damaged party and exactly what damage or injury was sustained?
6. Who brings the claim?
7. Who is underwriting this action?
8. Where is the proof the all caps entity named as KATLYN STEVENSON is an actual live being in consent to U.S. jurisdiction?
9. Is KATLYN STEVEN listed as an African-American or Black in your racial classifications? Is Katlyn stevenson listed as an American Indian in your racial classifications?
10. Dred Scott clearly outlines the descendants of Africans cannot be U.S. citizens, leaving want for jurisdiction to solicit commerce of this nature or assume authority to proceed on any African-American, including but not limited to the artificial person created on paper in all caps by the State of Texas titled 'KATLYN STEVENSON'; so under what authority does this court seek to proceed on an African-American or an American Indian?
11. Does this court seek to execute fraud, kidnapping, extortion, human trafficking, and slavery on KATLYN STEVENSON by proceeding under false presumption of my client being a U.S. citizen, which is barred by United States Supreme Court stare decisis rulings and the Constitutional Law and Treaties in place?
12. Does this court seek to discriminate against the UNDRIP, UNDHR, IACHR, and slavery abolishments by proceeding to attempt to proceed on KATLYN STEVENSON and hold Absolute Supreme Ministerial Ambassador Chieftess Phoenix Flowing Rivers and/or Princess Dancing Airwalker liable for alleged crimes committed by a named fictional/artificial person?
13. Does this court deny that my clients are an Organic Autochthonous American Indian and seek to tell my client what his lineage and Nationality is or is not against my client's own declaration of his own lineage and Nationality?

2. As a natural woman, as an accused, Princess Dancing Airwalker comes with the presumption of innocence. Princess Dancing Airwalker is a Woman and not a corporation or a legal "person" nor a surety for one. Nor is her held in due course bonafide property KATLYN STEVENSON/Katlyn Stevenson.

3. My client, Princess Dancing Airwalker, as keeper of the records for the thing, is willing to plead only upon validated proof of claim.

4. May I remind everyone, Equal Protection under the Law is paramount and mandatory by law.

5. Princess Dancing Airwalker does not do "Attorneys" as she has found them to be injurious to her freedom, life, liberty and pursuit of happiness. Princess Dancing Airwalker reserves all natural and The Great Spirit/The Most High's given rights at all times in all places and both She and I waive no rights at any time or in any place. We both; Consul and Affiant; do waive benefit privilege.

## CASE LAW IN SUPPORT

Read US v. Lopez and Hagans v. Levine, both void because of lack of jurisdiction. In Lopez the circuit court called it right, and in Hagans it had to go to the Supreme Court before it was called right; in both cases, void. All courts, judges, agents, officials, officers, law enforcement agencies, magistrates, etc., of the U.S. and its subsidiary States and STATES, corporations, et al, are bound by your Oath on the Constitution for the republic of the united states of America; the supreme law that We, the American (in the english language) people did ordain to govern the United States Federal government; which is demanded to be produced on the record at this time as jurisdiction is officially challenged to proceed in any form against my client (a Royal Family heir of our organic Imperial Ab Origine American state) to all U.S.S.C. Rulings, the American Constitution, and Articles 1-25 of the Treaty series 244-1, The Great Law of Peace, which is hereby invoked on the record for the record by my client as an ab origine Organic, Autochthonous American Indian protected immediately by this Treaty from all trespasses and prosecutions by the corporate United States.

If you read the Supreme Court cases you will find that jurisdiction can be challenged at any time and in the case of Lopez it was a jury trial which was declared void for want of jurisdiction. If it [jurisdiction] doesn't exist, it can not justify conviction or judgment. ...without which power (jurisdiction) the state CANNOT be said to be "sovereign." At best, to proceed would be in "excess" of jurisdiction which is as well fatal to the State's/USA's cause. Broom v. Douglas, 75

Ala 268, 57 So 860, the same being jurisdictional facts FATAL to the government's cause (e.g. see In re FNB, 152 F 64).

A judgment rendered by a court without personal jurisdiction over the defendant is void. It is a nullity. [A judgment shown to be void for lack of personal service on the defendant is a nullity.] Sramek v. Sramek, 17 Kan. App. 2d 573, 576-77, 840 P.2d 553 (1992), rev. denied 252 Kan. 1093 (1993).

"A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well established law that a void order can be challenged in any court". OLD WAYNE MUT. L. ASSOC. v. McDONOUGH, 204 U.S. 8, 27 S. Ct. 236 (1907). "There is no discretion to ignore lack of jurisdiction." Joyce v. U.S. 474 2D 215. "Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." Latana v. Hopper, 102 F. 2d 188; Chicago v. New York, 37 F Supp. 150. "The law provides that once State and Federal Jurisdiction has been challenged, it must be proven." Main v. Thiboutot, 100 S. Ct. 2502 (1980).

"Jurisdiction can be challenged at any time." and "Jurisdiction, once challenged, cannot be assumed and must be decided." Basso v. Utah Power & Light Co., 495 F 2d 906, 910. "Defense of lack of jurisdiction over the subject matter may be raised at any time, even on appeal." Hill Top Developers v. Holiday Pines Service Corp., 478 So. 2d. 368 (Fla 2nd DCA 1985). "Once challenged, jurisdiction cannot be assumed, it must be proved to exist." Stuck v. Medical Examiners, 94 Ca 2d 751, 211 P2d 389. "The burden shifts to the court to prove jurisdiction." Rosemond v. Lambert, 469 F2d 416. "A universal principle as old as the law is that a proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property." Norwood v. Renfield, 34 C 329; Ex parte Giambonini, 49 P. 732. "Jurisdiction is fundamental and a judgment rendered by a court that does not have jurisdiction to hear is void ab initio." In Re Application of Wyatt, 300 P. 132; Re Cavitt, 118 P2d 846. "Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term." Dillon v. Dillon, 187 P 27.

"A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance." Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409. "A departure by a court from those recognized and established requirements of law, however close apparent adherence to mere form in method of procedure, which has the effect of depriving one of a constitutional right, is an excess of jurisdiction." Wuest v. Wuest, 127 P2d 934, 937. "Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." Merritt v. Hunter, C.A. Kansas 170 F2d 739. "The fact that the

petitioner was released on a promise to appear before a magistrate for an arraignment, that fact is circumstance to be considered in determining whether in first instance there was a probable cause for the arrest." Monroe v. Papa, DC, Ill. 1963, 221 F Supp 685.

Treaty Series 244-1/2, 1786/1836.

## ARGUMENT: TREATIES OF PEACE AND FRIENDSHIP

1. The Treaty of Peace and Friendship clearly expressed at Article 20/21, pertaining to disputes between citizens of both nations.
2. The Treaty of Peace and Friendship clearly expressed at Article 4, and Article 5, pertaining to disputes and jurisdiction over criminal and civil disputes between citizens of both nations.
3. The Treaty of Peace and Friendship clearly expressed at Article 21, pertaining to disputes between citizens of both nations.
4. In addition to being able to incorporate and existing within the First Nations Peoples, in the Mvskoke Confederacy, L'nu'k Tsalagi Yavapai Republic is also an Ecclesiastical government of first order.
5. The Prophets and Apostles' Spiritual Epistles, Creeds, Principles; and provides that "[a]ny church, congregation or society formed for the purpose of religious worship, may become incorporated" in the manner specified in that Ecclesiastical government. See the United States 59th Congress, which states the following:

## NOTICE AND DEMANDS OF TREATY AND CONSTITUTIONAL RELIEF

1. It is hereby demanded by My Client Princess Airwalker, whom are Public and Divine Ministers of an Organic Autochthonous Aboriginal and Autonomous Indigenous American religious state and a de jure party in first part to the Original American constitution as part and parcel of We the American people; your sovereign employer and sui heredes/jus soli/jus sanguinis Nobles of the American soil; that any and all actions to proceed in any form of prosecution, solicitation, litigation, mitigation, accusation, adjudication, interrogation, search, seizure, harassment, et al against KATLYN STEVENSON and Princess Dancing Airwalker, and desisted with prejudice in this matter pursuant to Vienna Convention on Consular and Diplomatic Relations agreements; Article 15 United Nations Declaration on the Rights of Indigenous Peoples 2007; United Nations Declaration of

Human Rights 1948; United Nations Rights of a Child provisions; Inter-American Council on Human Rights provisions; The Civil Orders of POPE FRANCISCUS 2014; 13th Amendment section 12; Article 1 and 4th-6th Amendments to the constitution for the republic of the united states of America as ratified by de jure Continental Congress of the united states; 8 U.S.C. chapter 12 subchapter 1, section 1101(a)(14); 28 U.S.C. part IV, chapter 85 sections 1603(a) and 1604(a)(b); Treaty series 244-1 of 1786/1836 Articles 1-25; all binding on the UNITED STATES and respondents.

2. It is hereby demanded proof of claim be produced on the record for the record of knowing and willing consent by my client at any time in life to respondents jurisdiction.

3. It is hereby demanded proof of a contract valid by international law of contracting binding my client to respondents rules be produced on the record for the record in this matter to proceed.

4. It is hereby demanded a live flesh and blood injured party be produced on the record for the record in this matter.

5. It is hereby demanded total tangible proofs of my client committing a crime or injuring any live being in this matter be immediately produced on the record for the record.

6. It is hereby demanded proof my client is not a descendant of Africans whom can not by 13th Amendment section 12:20 and Dred Scott ruling ever be a U.S. citizen/ward.

7. It is hereby demanded authority to discriminate against a woman's chosen state of Holy residence exists in respondents court and authority to do such with my clients state be produced on the record for the record.

8. It is demanded proof that my client is not an Ambassador of a de jure Foreign organic religious state be produced on the record for the record.

9. It is demanded proof that respondents are not committing fraud and human trafficking and slavery by seeking to proceed on live flesh and blood beings who are natural persons when it is a corporation whom by its own law may exercise no jurisdiction over the natural person.

10. It is demanded respondents authority to ignore invoked standing treaty protections exist.

11. It is demanded proof your corporations president Donald Trump has not declared the American people Sovereign and that a person labeled African-American in your own system is not American and thus Sovereign plus African descent and not lawfully able to be a U.S. citizen.

12. It is demanded all parties of the UNITED STATES and STATE OF TEXAS produce proof of Nationality or citizenship on the record for the record pursuant to requirements of Diversity of Citizenship subject matter jurisdiction, and if Diverse from the ab origine American Indian Nobility of Princess Airwalker and her property KATLYN STEVENSON that this unaccepted solicitation be deceased as herein moved.

It is demanded immediate notice of estoppel pertinent to cases 198351801010-3;

13. , in the STATE OF TEXAS be issued by the Superior Court of Competence of this filing pertinent to acting or proceeding on any facts in litigation in this filing found in the solicited commerce of case 198351801010-3.

## DEFAULT AND TRUE BILL PROVISIONS

This true bill must be tendered within 21 calendar days. Upon 21 days, failure to provide proofs and rebuttals point by point automatically places respondent court in default judgment for my client's affidavit, by United States Supreme Court stare decisis rulings.

### A TRUE NEGOTIABLE INSTRUMENT.

All colorable violations of this document are penalized at $300,000.00 USD lawful coinage and/or monies per violation and per day until cured.

## JURAT

This is to certify, and verify that before me, a Notary of Texas, Shamika Esquibel, on this 9th day of October, 2026, the individual Indigenous First People's L'nu'kian American appearing and autographing this document are personally known to me; therefore, I do affirm that this Indigenous First People's National of the Tribe is part of an Ecclesial Theocratic Tribal, Religious Governmental Society. Tribal authority:

Date: 10/9/2026

Notary in the State of Texas: [signature]

Seal:

SHAMIKA ESQUIBEL
My Notary ID # 131930927
Expires March 14, 2027

## PREPARATION AND ENDORSEMENT

Prepared By: Royal Consul Absolute Supreme Ministerial Ambassador Chieftess Phoenix Flowing Rivers of The Holy Royal Family of LTYTN 98-609XXXXX

On behalf of: Princess Dancing Airwalker

Communications to be addressed to: L'nu'k Tsalagi Yavapai Republic
c/o: The Royal Counsel and Authorized Representatives
PO Box 792, Rosharon, Texas 77583
832-332-0760 | info@sacredspringsministry.org

Color of law may not be imposed, thus notary services unnecessary on this self-authenticating document. Both submitting parties' live autograph and right thumb prints are sufficient endorsement and notation:

Live Autograph of Affiant:



live autograph

Right Thumb Print:



: right thumb print

**A TRUE BILL**

